# EXHIBIT A

# '708 Claim Chart

HMD Skyline



Case 2:26-cv-00422    Document 1-1    Filed 05/21/26    Page 3 of 68 PageID #: 20

**1. An imaging method for a multi-camera device, comprising:**

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

HMD, its distributors, and/or customers practice the imaging method for a multi-camera device. HMD and/or its distributors (on behalf of HMD) provide the HMD Skyline. HMD, its distributors, and/or customers use the HMD Skyline. The HMD Skyline is a multi-camera device equipped with multiple rear digital cameras.



**Rear camera:** 108 MP Main AF with OIS + 13 MP Ultrawide with Capture Fusion technology + 50 MP Tele with Capture Fusion technology

Rear flash LED

**1. An imaging method for a multi-camera device, comprising:**

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a **first camera** having a **first field of view** for capturing a first image of a scene.



**Rear camera:** 108 MP Main AF with OIS + 13 MP Ultrawide with Capture Fusion technology + 50 MP Tele with Capture Fusion technology

Rear flash LED

1. An imaging method for a multi-camera device, comprising:

**capturing a first image of a scene with a first camera, the first camera having a first field of view**, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The HMD Skyline comprises a **first camera** having a **first field of view** for capturing a first image of a scene. It includes a 13MP Ultrawide camera ("**first camera**"), which yields photos spanning approximately 3120 x 4208 pixels. The FOV of the Ultrawide camera is not available online. Therefore, we calculated the FOV manually using the following steps:

1. Hang a grid chart on the wall with each square 4x4 cm.
2. Place the HMD Skyline in front of the grid chart so that the (0, 0) coordinate of the grid chart is at the center.
3. Measure the Skyline's distance from the chart $d$. Here $d$ = 13.5cm.
4. Block the other camera lenses so that only the Ultrawide camera is uncovered.
5. Open the camera app on the phone and observe the grid on the phone screen.
6. Measure the horizontal distance between two ends of the view (21.6cm).
7. Measure the vertical distance between two ends of the view (30.4 cm).




1. An imaging method for a multi-camera device, comprising:

**capturing a first image of a scene with a first camera, the first camera having a first field of view**, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

8. Calculate $x$ and $y$ by dividing the above measurements by 2.

$$x = \frac{21.6\text{cm}}{2}$$

$$x = 10.8\text{cm}$$

$$y = \frac{30.4\text{cm}}{2}$$

$$y = 15.2\text{cm}$$

9. Having calculated $x$ and $y$, we next use the Pythagorean Theorem to calculate $z$.

$$z = \sqrt{x^2 + y^2}$$

$$z = \sqrt{10.8^2 + 15.2^2}$$

$$z = 18.7\text{cm}$$

10. Having found $z$, we use this value to calculate the diagonal field of view, or dFOV, using the equation:

$$dFOV = 2 * \tan^{-1}\left(\frac{z}{d}\right)$$

$$dFOV = 2 * \tan^{-1}\left(\frac{18.7}{13.5}\right)$$

$$\boxed{\mathbf{\textit{dFOV} = 108.3°}}$$

1. An imaging method for a multi-camera device, comprising:

**capturing a first image of a scene with a first camera, the first camera having a first field of view**, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a **first camera** having a **first field of view for capturing a first image of a scene**.



**first field of view**



(0.5x) Image (captured with Ultrawide camera and by covering the remaining cameras)

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and **the first image having a first image resolution**,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **first camera** captures a first image of a scene which has a **first image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



**Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.**

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and **the first image having a first image resolution**,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{108.3°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2.7680 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{3{,}120^2 + 4{,}208^2}$$

$$\text{pixels}_{\text{diagonal}} = 5{,}238 \text{ pixels}$$

Thus, the **first image resolution** is calculated as follows:

$$\textbf{first image resolution} = \frac{5{,}238 \; pixels}{2.7680 \times WD} = 1{,}892 \text{ pixels/working distance}$$

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus |
|---|---|

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

**capturing a second image with a second camera, the second camera having a second field of view**, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The HMD Skyline comprises a **second camera** having a **second field of view** for capturing a second image. It includes a 108MP Wide-angle camera ("**second camera**") with a diagonal angular field of view of 85 degrees, which yields photos spanning 9,000 x 12,000 pixels.



Rear camera: 108 MP Main AF with OIS + 13 MP Ultrawide with Capture Fusion technology + 50 MP Tele with Capture Fusion technology

Rear flash LED

**Source:** https://www.hmd.com/en_us/hmd-skyline/buy?sku=HQ502000461R0

**Source:** https://www.hmd.com/en_us/hmd-skyline/buy?sku=HQ502000461R0



**Source:** Screen capture during product testing using Device Info HW app.



1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

**capturing a second image with a second camera, the second camera having a second field of view**, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a **second camera** having a **second field of view for capturing a second image**.



**second field of view**



(1x) Image (captured with Wide-angle camera and by covering the remaining cameras)

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and **the second image having a second image resolution**, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **second camera** captures a second image which has a **second image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



*Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.*

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and **the second image having a second image resolution**, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{85°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.8327 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}{}^2 + \text{pixels}_{\text{vertical}}{}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{9{,}000^2 + 12{,}000^2}$$

$$\text{pixels}_{\text{diagonal}} = 15{,}000 \text{ pixels}$$

Thus, the **second image resolution** is calculated as follows:

$$\textbf{second image resolution} = \frac{15{,}000 \; pixels}{1.8327 \times WD} = 8{,}182 \text{ pixels/working distance}$$

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, **wherein the second image resolution is higher than the first image resolution** and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Wide-angle camera ("**second camera**") of the HMD Skyline captures a **second image** having a resolution of 8,182 pixels/working distance ("**second image resolution**") and the Ultrawide camera ("**first camera**") captures a **first image** having a resolution of 1,892 pixels/working distance ("**first image resolution**"). The working distance to the scene is the same for both images (both cameras are positioned in the same plane), such that the resolution of the second image is higher than the resolution of the first image.

Visual comparison further confirms that the resolution of the **second image** is higher than that of the **first image**.

 

| | |
|---|---|
| (1x) Image cropped (captured with Wide-angle camera and by covering the remaining cameras) | (0.5x) Image cropped (captured with Ultrawide camera and by covering the remaining cameras) |

| | |
|---|---|
| 1. An imaging method for a multi-camera device, comprising:<br><br>capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,<br><br>capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and **the second field of view is smaller than the first field of view**, and wherein the second image corresponding to a subset of the scene that is within the first field of view,<br><br>receiving the first image and the second image by at least one processor, the at least one processor configured for:<br><br>registering a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Wide-angle camera ("**second camera**") has a diagonal angular field of view of 85 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 108.3 degrees ("**first field of view**") of the Ultrawide camera ("**first camera**").<br><br><br><br><br><br>$$dFOV = 108.3°$$<br><br>**Source:** Screen capture during product testing using Device Info HW app. |

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein **the second image corresponding to a subset of the scene that is within the first field of view**,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **second image** corresponds to a subset of the scene that is within the **field of view of the first camera**.



Above, the two photos illustrate the corresponding subset of the (1x) Image (captured with Wide-angle camera and by covering the remaining cameras) (right image) overlayed on the (0.5x) Image (captured with Ultrawide camera and by covering the remaining cameras) (left image).

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

**receiving the first image and the second image by at least one processor**, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises at least one **processor**, in communication with the first camera and the second camera. It includes a Snapdragon 7s Gen 2 processor.

**CPU: Snapdragon® 7s Gen 2**

**Source:** https://www.hmd.com/en_us/hmd-skyline/specs?sku=HQ502000461Q0

 **Snapdragon 7s Gen 2 Mobile Platform**

**Source:** https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-7-series-mobile-platforms/snapdragon-7s-gen-2-mobile-platform

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

**receiving the first image and the second image by at least one processor**, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The HMD Skyline comprises at least one **processor**. The Snapdragon 7s Gen 2 **processor** is in communication with the 13MP Ultrawide camera ("**first camera**") and the 108MP Wide-angle camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera module utilizing software code embedded in the processor.

| Camera | |
| --- | --- |
| | Image Signal Processor (ISP) Name: Qualcomm® Spectra™ |
| | Image Signal Processor (ISP) Type: Image Signal Processor (ISP) |
| | Image Signal Processor (ISP) Number: Triple ISP |
| | Image Signal Processor (ISP) Bit Depth: 12-bit |
| | Triple Camera (MFNR, ZSL, 30 fps): Up to 16 MP |
| | Dual Camera (MFNR, ZSL, 30 fps): Up to 32+16 MP |
| | Single Camera (MFNR, ZSL, 30 fps): Up to 48 MP |
| | Single Camera: Up to 200 MP |
| | Features: Multi-frame Noise Reduction (MFNR), AI-Based De-Noising Engine (AIDE), Deep-Learning Face Detection and Deep-Learning Facial Landmark Detection |
| | Video Capture: Up to 4K @ 30 fps |
| | Slow Motion Video Capture: 1080p @ 120 fps |
| | Video Capture Formats: H.265 (High Efficiency Video Coding (HEVC)), H.264 (Advanced Video Coding (AVC)) |
| | Video Capture Features: Staggered High Dynamic Range (HDR) sensor, Multi-Frame HDR and Limited Blanking Multi-Frame HDR sensor support |

**Source**: https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-7-series-mobile-platforms/snapdragon-7s-gen-2-mobile-platform



**Source:** https://www.youtube.com/watch?v=SMnRWyFWxkc

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

**receiving the first image and the second image by at least one processor**, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The HMD Skyline comprises a processor configured for receiving the first image and the second image. The Snapdragon 7s Gen 2 **processor** receives the **first image** and the **second image**.



(0.5x) Image (captured with Ultrawide camera and by covering the remaining cameras)



(1x) Image (captured with Wide-angle camera and by covering the remaining cameras)

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

**receiving the first image and the second image by at least one processor**, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the HMD Skyline uses two cameras to add a blur effect to an **output image** when operated in Portrait mode.

  

Portrait Mode (1x) Image (captured from Main camera only with other cameras blocked)

Portrait Mode (1x) Image (captured from Ultrawide camera only with other cameras blocked)

Portrait Mode (1x) Image (captured from Ultrawide camera and Main camera with other cameras blocked)

The output image at the right exhibits the blurred background Bokeh effect. This effect is not achieved when only the Main camera or only the Ultrawide camera is used. This confirms that the processor of the HMD Skyline receives images from **both** cameras in order to generate an output portrait image with Bokeh effect.

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus |
|---|---|
| 1. An imaging method for a multi-camera device, comprising:<br><br>capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,<br><br>capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,<br><br>receiving the first image and the second image by at least one processor,<br><br>**the at least one processor configured for:**<br><br>**registering a subset of the first image to a subset of the second image,**<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline comprises a processor configured for registering at least a subset of the first image to a subset of the second image. In Portrait Mode, the Snapdragon 7s Gen 2 **processor** necessarily registers at least a subset of the **first image** to a subset of the **second image** that overlaps in a common portion of the viewed scene in order to generate depth information based on the parallax shift associated with similar features found in both images. |

| | |
|---|---|
| 1. An imaging method for a multi-camera device, comprising:<br><br>capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,<br><br>capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,<br><br>receiving the first image and the second image by at least one processor,<br><br>**the at least one processor configured for:**<br><br>registering a subset of the first image to a subset of the second image,<br><br>**calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,**<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline comprises a processor configured for calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the HMD Skyline. The Snapdragon 7s Gen 2 **processor calculates the distance** of at least one object in the scene from the HMD Skyline, based on at least one of the **first image** and the **second image**.<br><br>**Multiple cameras:** Modern smartphones can have more than a single front- and rear-facing camera. For example, having multiple rear-facing cameras or camera arrays allows for taking multiple pictures at the same time with different settings, and brings many advanced features into play, such as fast auto-focus, optical zoom-like capabilities, depth mapping and low-light photography. The use of multiple front-facing cameras also enables new user experiences, such as more natural interaction through gesture recognition.<br><br>Calculating the distance of various points in the scene relative to the position of the camera is one of the important tasks of CV. Depth information can be used for fast focus, object segmentation, refocus, and distance measurement. Acquiring multiple images at different focal points is required to extract depth information. Although a single camera can generate multiple images at different focal points sequentially, a dual-camera can take two images at different focal points simultaneously to eliminate time-based movement in the scene.<br><br>**Source:** https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/breakthrough_mobile_imaging_experiences_-_web_.pdf |

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor,

**the at least one processor configured for:**

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

**generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera**, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a **processor** configured for generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an **output image** corresponding to a portion of the scene that is within the **field of view of the first camera.** Product testing confirms that the **output image** corresponds to a portion of the scene that is within **field of view of the first camera.**



(0.5x) Image (captured with Ultrawide camera and by covering the remaining cameras)

Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, **wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object**, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image** has at least two image regions, an **inner image region** and an **outer image region**, with the inner image region surrounded at least partially by the outer image region.



Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, **wherein the image resolution of the inner image region is higher than the image resolution of the first image** and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image**'s **inner image region** has a higher image resolution than the image resolution of the of the **first image**.



(0.5x) Image cropped (captured with Ultrawide camera and by covering the remaining cameras)



Portrait Mode (1x) Image cropped (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus |
| --- | --- |

**U.S. Pat. No. 10,687,708 B1** — 25

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and **the image resolution of the outer image region is lower than the image resolution of the first image**, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

Product testing confirms that the **output image**'s **outer image region** has a lower image resolution than the image resolution of the of the **first image**.

 

(0.6x) Image cropped (captured with Ultrawide camera and by covering the remaining cameras)

Portrait Mode (1x) Image cropped (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

| | |
|---|---|
| 1. An imaging method for a multi-camera device, comprising:<br>capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,<br>capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,<br>receiving the first image and the second image by at least one processor,<br>  **the at least one processor configured for:**<br>registering a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>  **saving the output image,**<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline comprises a processor configured for **saving** the **output image**. The **output image** is **saved** to internal storage.<br><br><br><br>**Source:** Screen capture during product testing |

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor,

**the at least one processor configured for:**

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

**whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.**

Product testing confirms that the HMD Skyline comprises a processor configured for saving the output image, whereby the **inner image region** of the **output image** appears to a human eye as sharp and clear and the **outer image region** of the output image appears to the human eye as relatively blurry.



Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)



Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

| 2. The imaging method of claim 1 further including reducing the resolution of at least a subset of one of the received images via an image processing technique. | The HMD Skyline comprises a **processor** configured for generating, based at least upon the calculated distance of the at least one object in the scene from the HMD Skyline and at least **one of the received images**, an **output image**, wherein the resolution of at least **a subset** of **one of the received images** is reduced via an image processing technique. |
|---|---|

 

(1x) Image (captured with Wide-angle camera and by covering the remaining cameras)

Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

| | |
|---|---|
| 3. The imaging method of claim 1 wherein the first and the second cameras are color cameras and generate color images. | The Ultrawide camera ("**first camera**") of the HMD Skyline is a color camera that generates a **first image** that is a color image. The Wide-angle camera ("**second camera**") of the HMD Skyline is also a color camera that generates a **second image** that is a color image.<br><br>  |

| | |
|---|---|
| 4. The imaging method of claim 1 wherein the image resolution of the inner image region of the output image is the same as the second image resolution. | The HMD Skyline comprises a **processor** configured for generating an **output image**, wherein the image resolution of the **inner image region** of the **output image** is the same as the **second image resolution** of the **second image** captured by the **second camera**. |

 

Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

(1x) Image (captured with Wide-angle camera and by covering the remaining cameras)

5. The imaging method of claim 1 wherein the output image corresponding to the subset of the scene that is within the second field of view.

The HMD Skyline comprises a **processor** configured for generating an **output image** that corresponds to the subset of the scene that is within the **second field of view**.

**second field of view**





Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

(1x) Image (captured with Wide-angle camera and by covering the remaining cameras)

| | |
|---|---|
| 7. The imaging method of claim 1 further including capturing the location information of the multi-camera device via a GPS. | The HMD Skyline further includes a **GPS** for capturing the location information of the HMD Skyline.    |

| | |
|---|---|
| **8. An imaging apparatus comprising:** <br> a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution, <br> a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera, <br> at least one processor, in communication with the first camera and the second camera, the at least one processor configured for: <br> receiving the first image and the second image, <br> registering at least a subset of the first image to a subset of the second image, <br> calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus, <br> generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and <br> saving the output image, <br> whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline is an imaging apparatus. It is equipped with multiple rear digital cameras. <br><br>  <br><br> **Rear camera:** 108 MP Main AF with OIS + 13 MP Ultrawide with Capture Fusion technology + 50 MP Tele with Capture Fusion technology <br><br> Rear flash LED <br><br> **Source:** https://www.hmd.com/en_us/hmd-skyline/buy?sku=HQ502000461R0 |

8. An imaging apparatus comprising:

**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a **first camera** having a **first field of view** for capturing a first image of a scene. It includes a 13MP Ultrawide camera ("**first camera**") with a diagonal angular field of view of 108.3 degrees, which yields photos spanning approximately 3120 x 4208 pixels.



8. An imaging apparatus comprising:

**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a **first camera** having a **first field of view** for capturing a first image of a scene. It includes a 13MP Ultrawide camera ("**first camera**"), which yields photos spanning approximately 3120 x 4208 pixels. The FOV of the Ultrawide camera is not available online. Therefore, we calculated the FOV manually using the following steps:

1.  Hang a grid chart on the wall with each square 4x4 cm.
2.  Place the HMD Skyline in front of the grid chart so that the (0, 0) coordinate of the grid chart is at the center.
3.  Measure the Skyline's distance from the chart $d$. Here $d$ = 13.5cm.
4.  Block the other camera lenses so that only the Ultrawide camera is uncovered.
5.  Open the camera app on the phone and observe the grid on the phone screen.
6.  Measure the horizontal distance between two ends of the view (21.6cm).
7.  Measure the vertical distance between two ends of the view (30.4 cm).





8. An imaging apparatus comprising:

**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

7. Calculate $x$ and $y$ by dividing the above measurements by 2.

$$x = \frac{21.6\text{cm}}{2}$$

$$x = 10.8\text{cm}$$

$$y = \frac{30.4\text{cm}}{2}$$

$$y = 15.2\text{cm}$$

8. Having calculated $x$ and $y$, we next use the Pythagorean Theorem to calculate $z$.

$$z = \sqrt{x^2 + y^2}$$

$$z = \sqrt{10.8^2 + 15.2^2}$$

$$z = 18.7\text{cm}$$

9. Having found $z$, we use this value to calculate the diagonal field of view, or dFOV, using the equation:

$$dFOV = 2 * \tan^{-1}\left(\frac{z}{d}\right)$$

$$dFOV = 2 * \tan^{-1}\left(\frac{18.7}{13.5}\right)$$

$$\boxed{dFOV = 108.3°}$$

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline comprises a **first camera** having a **first field of view for capturing a first image of a scene**.<br><br><br><br>**first field of view**<br><br><br><br>(0.5x) Image (captured with Ultrawide camera and by covering the remaining cameras) |

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, **wherein the first image having a first image resolution,**<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The **first camera** captures a first image of a scene which has a **first image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:<br><br>$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$<br><br>**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/<br><br>A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:<br><br>$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$<br><br>**AFOV:** angular field of view<br><br>**FOV:** linear field of view<br><br>**WD:** working (object) distance<br><br><br><br>**Figure 2:** Relationship between FOV, sensor size, and WD for a given AFOV. |

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, **wherein the first image having a first image resolution,**

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{108.3°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2.7680 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}{}^2 + \text{pixels}_{\text{vertical}}{}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{3{,}120^2 + 4{,}208^2}$$

$$\text{pixels}_{\text{diagonal}} = 5{,}238 \text{ pixels}$$

Thus, the **first image resolution** is calculated as follows:

$$\textbf{first image resolution} = \frac{5{,}238 \; pixels}{2.7680 \times WD} = 1{,}892 \text{ pixels/working distance}$$

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The HMD Skyline comprises a **second camera** having a **second field of view** for capturing a second image. It includes a 108MP Wide-angle camera ("**second camera** ") with a diagonal angular field of view of 85 degrees, which yields photos spanning 9,000 x 12,000 pixels.



**Rear camera:** 108 MP Main AF with OIS + 13 MP Ultrawide with Capture Fusion technology + 50 MP Tele with Capture Fusion technology

Rear flash LED

**Source:** https://www.hmd.com/en_us/hmd-skyline/buy?sku=HQ502000461R0

**Source:** https://www.hmd.com/en_us/hmd-skyline/buy?sku=HQ502000461R0

| Device Info HW | |
|---|---|
| SCREEN   MEMORY   CAMERA   BATTERY   THERMAL | |
| **HARDWARE** | |
| Supported | s5khm6_tomcat01_back_aac tomcat01_front_aac_5022q s5kjn1_tomcat01_tele_aac ov13b10_tomcat01_wide_aac |
| **SOFTWARE** | |
| Camera | 0 - BACK |
| Resolution | 12.0 MP (4000x3000) |
| Max. resolution | 108.0 MP (12000x9000) |
| Aperture | f/1.7 |
| Focal length | 5.24 mm |
| Focal length (equivalent 35 mm) | 23.6 mm |
| Focus modes | infinity, auto, macro, continuous-video, continuous-picture |
| Sensor size | 7.68x5.76 |
| Diagonal | 9.6 mm |
| Pixel size | ~0.64 (1.92) µm |
| Zoom | 10.0x |
| Image formats | RAW_SENSOR, JPEG, YUV_420_888, RAW10, YCBCR_P010, HEIC |
| Angle of view | 85.0° (D) 72.5° (H) |
| Crop factor | 4.5x |
| ISO | 100-6400 |
| Color filter | GRBG |
| OIS | yes |
| Orientation | 90 |
| Flash | yes |
| Camera | 1 - FRONT |
| Resolution | 12.6 MP (4096x3072) |
| Max. resolution | 50.3 MP (8192x6144) |
| Aperture | f/2.45 |
| Focal length | 3.64 mm |
| Focal length (equivalent | 24.0 mm |

**Source:** Screen capture during product testing using Device Info HW app.

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a **second camera** having a **second field of view for capturing a second image**.



**second field of view**



(1x) Image (captured with Wide-angle camera and by covering the remaining cameras)

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, **wherein the second image having a second image resolution** and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **second camera** captures a second image which has a **second image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



**Figure 2:** Relationship between FOV, sensor size, and WD for a given AFOV.

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, **wherein the second image having a second image resolution** and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:<br><br>$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$<br><br>$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{85°}{2}\right) \times \text{working distance}$$<br><br>$$\text{linear field of view}_{\text{diagonal}} = 1.8327 \times \text{working distance}$$<br><br>The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):<br><br>$$c = \sqrt{a^2 + b^2}$$<br><br>$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$<br><br>$$\text{pixels}_{\text{diagonal}} = \sqrt{9{,}000^2 + 12{,}000^2}$$<br><br>$$\text{pixels}_{\text{diagonal}} = 15{,}000 \text{ pixels}$$<br><br>Thus, the **second image resolution** is calculated as follows:<br><br>$$\textbf{second image resolution} = \frac{15{,}000 \; pixels}{1.8327 \times WD} = 8182 \text{ pixels/working distance}$$ |

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and **the second image resolution is higher than the first image resolution** and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Wide-angle camera ("**second camera**") of the HMD Skyline captures a **second image** having a resolution of 8,182 pixels/working distance ("**second image resolution**") and the Ultrawide camera ("**first camera**") captures a **first image** having a resolution of 1,892 pixels/working distance ("**first image resolution**"). The working distance to the scene is the same for both images (both cameras are positioned in the same plane), such that the resolution of the second image is higher than the resolution of the first image.

Visual comparison further confirms that the resolution of the **second image** is higher than that of the **first image**.

 

(1x) Image cropped (captured with Wide-angle camera and by covering the remaining cameras)

(0.5x) Image cropped (captured with Ultrawide camera and by covering the remaining cameras)

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and **the second field of view is smaller than the first field of view,** and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Wide-angle camera ("**second camera**") has a diagonal angular field of view of 85 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 108.3 degrees ("**first field of view**") of the Ultrawide camera ("**first camera**").





$$dFOV = 108.3°$$

**Source:** Screen capture during product testing using Device Info HW app.

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, **and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,**

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **second image** corresponds to a subset of the scene that is within the **field of view of the first camera**.

**first field of view**    **second field of view**



Above, the two photos illustrate the corresponding subset of the (1x) Image (captured with Wide-angle camera and by covering the remaining cameras) (right image) overlayed on the (0.5x) Image (captured with Ultrawide camera and by covering the remaining cameras) (left image).

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>**at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline comprises at least one **processor**, in communication with the first camera and the second camera. It includes a Snapdragon 7s Gen 2 processor.<br><br>**CPU: Snapdragon® 7s Gen 2**<br><br>**Source:** https://www.hmd.com/en_us/hmd-skyline/specs?sku=HQ502000461Q0<br><br> **Snapdragon 7s Gen 2 Mobile Platform**<br><br>**Source:** https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-7-series-mobile-platforms/snapdragon-7s-gen-2-mobile-platform |

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

**at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises at least one **processor, in communication with the first camera and the second camera**. The Snapdragon 7s Gen 2 **processor** is in communication with the 13MP Ultrawide camera ("**first camera**") and the 108MP Wide-angle camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera module utilizing software code embedded in the processor.



| Camera | |
| --- | --- |
| Image Signal Processor (ISP) Name: | Qualcomm® Spectra™ |
| Image Signal Processor (ISP) Type: | Image Signal Processor (ISP) |
| Image Signal Processor (ISP) Number: | Triple ISP |
| Image Signal Processor (ISP) Bit Depth: | 12-bit |
| Triple Camera (MFNR, ZSL, 30 fps): | Up to 16 MP |
| Dual Camera (MFNR, ZSL, 30 fps): | Up to 32+16 MP |
| Single Camera (MFNR, ZSL, 30 fps): | Up to 48 MP |
| Single Camera: | Up to 200 MP |
| Features: | Multi-frame Noise Reduction (MFNR), AI-Based De-Noising Engine (AIDE), Deep-Learning Face Detection and Deep-Learning Facial Landmark Detection |
| Video Capture: | Up to 4K @ 30 fps |
| Slow Motion Video Capture: | 1080p @ 120 fps |
| Video Capture Formats: | H.265 (High Efficiency Video Coding (HEVC)), H.264 (Advanced Video Coding (AVC)) |
| Video Capture Features: | Staggered High Dynamic Range (HDR) sensor, Multi-Frame HDR and Limited Blanking Multi-Frame HDR sensor support |

**Source**: https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-7-series-mobile-platforms/snapdragon-7s-gen-2-mobile-platform

**Source:** https://www.youtube.com/watch?v=SMnRWyFWxkc

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for:**<br><br>**receiving the first image and the second image,**<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline comprises a processor configured for receiving the first image and the second image. The Snapdragon 7s Gen 2 **processor** receives the **first image** and the **second image**.<br><br> <br><br>(0.5x) Image (captured with Ultrawide camera and by covering the remaining cameras)      (1x) Image (captured with Wide-angle camera and by covering the remaining cameras) |

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for:**

**receiving the first image and the second image,**

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the HMD Skyline uses two cameras to add a blur effect to an **output image** when operated in Portrait mode.

  

Portrait Mode (1x) Image (captured from Main camera only with other cameras blocked)

Portrait Mode (1x) Image (captured from Ultrawide camera only with other cameras blocked)

Portrait Mode (1x) Image (captured from Ultrawide camera and Main camera with other cameras blocked)

The output image at the right exhibits the blurred background Bokeh effect. This effect is not achieved when only the Main camera or only the Ultrawide camera is used. This confirms that the processor of the HMD Skyline receives images from **both** cameras in order to generate an output portrait image with Bokeh effect.

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:

receiving the first image and the second image,

**registering at least a subset of the first image to a subset of the second image,**

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a processor configured for registering at least a subset of the first image to a subset of the second image. In Portrait Mode, the Snapdragon 7s Gen 2 **processor** necessarily registers at least a subset of the **first image** to a subset of the **second image** that overlaps in a common portion of the viewed scene in order to generate depth information based on the parallax shift associated with similar features found in both images.

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus |
|---|---|
| 8. An imaging apparatus comprising:<br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>**calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,**<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline comprises a processor configured for calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the HMD Skyline. The Snapdragon 7s Gen 2 **processor** **calculates the distance** of at least one object in the scene from the HMD Skyline, based on at least one of the **first image** and the **second image**.<br><br>**Multiple cameras:** Modern smartphones can have more than a single front- and rear-facing camera. For example, having multiple rear-facing cameras or camera arrays allows for taking multiple pictures at the same time with different settings, and brings many advanced features into play, such as fast auto-focus, optical zoom-like capabilities, depth mapping and low-light photography. The use of multiple front-facing cameras also enables new user experiences, such as more natural interaction through gesture recognition.<br><br>Calculating the distance of various points in the scene relative to the position of the camera is one of the important tasks of CV. Depth information can be used for fast focus, object segmentation, refocus, and distance measurement. Acquiring multiple images at different focal points is required to extract depth information. Although a single camera can generate multiple images at different focal points sequentially, a dual-camera can take two images at different focal points simultaneously to eliminate time-based movement in the scene.<br><br>**Source:** https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/breakthrough_mobile_imaging_experiences_-_web_.pdf |

| | |
|---|---|
| 8. An imaging apparatus comprising: <br><br> a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution, <br><br> a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera, <br><br> at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**: <br><br> receiving the first image and the second image, <br><br> registering at least a subset of the first image to a subset of the second image, <br><br> calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus, <br><br> **generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera,** wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and <br><br> saving the output image, <br><br> whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The HMD Skyline comprises a **processor** configured for generating, based at least upon the calculated distance of the at least one object in the scene from the HMD Skyline, an **output image** corresponding to a portion of the scene that is within the **field of view of the first camera.** Product testing confirms that the **output Portrait image** corresponds to a portion of the scene that is within **field of view of the first camera.** <br><br>  <br><br> (0.5x) Image (captured with Ultrawide camera and by covering the remaining cameras)    Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked) |

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, **wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region,** wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image** has at least two image regions, an ==**inner image region**== and an ==**outer image region**==, with the inner image region surrounded at least partially by the outer image region.



Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, **wherein the image resolution of the inner image region is higher than the image resolution of the first image** and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image**'s **inner image region** has a higher image resolution than the image resolution of the of the **first image**.





(0.5x) Image cropped (captured with Ultrawide camera and by covering the remaining cameras)

Portrait Mode (1x) Image cropped (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and **the image resolution of the outer image region is lower than the image resolution of the first image,** and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image**'s **outer image region** has a lower image resolution than the image resolution of the of the **first image**.

 

(0.6x) Image cropped (captured with Ultrawide camera and by covering the remaining cameras)

Portrait Mode (1x) Image cropped (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

**saving the output image,**

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The HMD Skyline comprises a processor configured for **saving** the **output image**. The **output image** is **saved** to internal storage.



**Source:** Screen capture during product testing

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

**whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.**

Product testing confirms that the HMD Skyline comprises a processor configured for saving the output image, whereby the **inner image region** of the **output image** appears to a human eye as sharp and clear and the **outer image region** of the output image appears to the human eye as relatively blurry.



Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)



Portrait Mode (1x) Image (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

| | |
|---|---|
| 9. The imaging apparatus of claim 8 wherein the first camera is a color camera and includes a color filter array. | The HMD Skyline includes a 13MP Ultrawide camera ("**first camera**"), which is a color camera and includes a **color filter array**. The 13MP Ultrawide camera takes **color photos**. |

> **Wide (main)**: 108 MP Samsung ISOCELL HM6 (S5KHM6) f/1.8, 1/1.67", 0.64μm, PDAF; 2160p@30fps

> **Telephoto (2x zoom)**: 50 MP Samsung ISOCELL JN1, f/2.0, 1/2.76", 0.64μm, PDAF; 2160p@30fps.

> **Ultrawide**: 13 MP OmniVision OV13B (OV13B10), f/2.5, 1/3", 1.12μm; 2160p@30fps.

> **Front camera**: 50 MP f/2.5, AF; 1080p@60fps

**Source**: https://www.gsmarena.com/hmd_skyline-review-2733p5.php



| Sensor name | CFA Color Filter |
|---|---|
| OV13B10 | RGGB |

**Source:** https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc



HMD Skyline

| 11. The imaging apparatus of claim 8 wherein the second camera has a color filter array to generate color images. | The HMD Skyline includes a 108MP Wide-angle camera ("**second camera**"), which has a **color filter array** to generate **color images**. |

The HMD Skyline includes a 108MP Wide-angle camera ("**second camera**"), which has a **color filter array** to generate **color images**.

> **Wide (main)**: 108 MP Samsung ISOCELL HM6 (S5KHM6) f/1.8, 1/1.67", 0.64μm, PDAF; 2160p@30fps

> **Telephoto (2x zoom)**: 50 MP Samsung ISOCELL JN1, f/2.0, 1/2.76", 0.64μm, PDAF; 2160p@30fps.

> **Ultrawide**: 13 MP OmniVision OV13B (OV13B10), f/2.5, 1/3", 1.12μm; 2160p@30fps.

> **Front camera**: 50 MP f/2.5, AF; 1080p@60fps

**Source:** https://www.gsmarena.com/hmd_skyline-review-2733p5.php



**Source:** https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc



13. The imaging apparatus of claim 8 wherein the at least one processer is further configured for reducing the image resolution of at least a portion of one of the received images.

The HMD Skyline processor is further configured for reducing the image resolution of at least **a portion of** one of the received images. A **portion** of the **output image** generated by the processor has a lower image resolution than the corresponding portion of the **first image**, which was received by the processor.



(0.5x) Image cropped (captured with Ultrawide camera and by covering the remaining cameras)

Portrait Mode (1x) Image cropped (captured from Ultrawide camera and Wide-angle camera with other cameras blocked)

| | |
|---|---|
| 14. The imaging apparatus of claim 8 further including a GPS for receiving the location of the imaging apparatus and communicating the location information to the at least one processor. | The HMD Skyline further includes a **GPS** for receiving the location of the HMD Skyline and communicating the location information to the at least one processor.    |

| | |
|---|---|
| 16. The imaging apparatus of claim 8 wherein the at least one processor further configured for initiating an image projection procedure. | The HMD Skyline's processor is further configured for **initiating an image projection procedure**. In Portrait Mode, the Snapdragon 7s Gen 2 **processor** necessarily **initiates an image projection procedure** to make the **first image** and the **second image** into the same Cartesian coordinate for registering at least a subset of the **first image** to a subset of the **second image**. |

| | |
|---|---|
| 17. The imaging apparatus of claim 8 further including at least one accelerometer to monitor a movement of at least one of the cameras. | The HMD Skyline further includes an **accelerometer** to monitor a movement of at least one of the cameras.<br><br><br><br>**Source:** https://www.gsmarena.com/hmd_skyline-13153.php |

| | |
|---|---|
| 18. The imaging apparatus of claim 8 further including at least one microphone for converting an audio signal into an electrical signal. | On information and belief, the HMD Skyline further includes a **microphone** for converting an audio signal into an electrical signal. |

| 19. The imaging apparatus of claim 8 further including at least one speaker for converting an electrical signal into an audio signal. | The HMD Skyline further includes a **speaker** for converting an electrical signal into an audio signal. |
|---|---|

**Source:** https://www.gsmarena.com/hmd_skyline-13153.php

| '708 Claim Element | |
|---|---|
| **first camera** | 13MP |
| **first field of view** | 108.3˚ |
| **first image resolution** | 1,892 pixels/working distance |
| **first color filter array** | RGGB |
| **second camera** | 108MP |
| **second field of view** | 85˚ |
| **second image resolution** | 8,182 pixels/working distance |
| **second color filter array** | RGGB |
| **processor** | Snapdragon® 7s Gen 2 |
| **accelerometer** | Yes |
| **GPS sensor** | Yes |
| **memory unit** | 256GB |
| **microphone & speaker** | Yes |

**Sources:** product testing; https://www.hmd.com/en_us/hmd-skyline/specs?sku=HQ502000461R0; https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc; https://www.hmd.com/en_us/hmd-skyline/specs?sku=HQ502000461R0; : https://www.gsmarena.com/hmd_skyline-review-2733p5.php



HMD Skyline

In creating the **output image**, the **processor** registers a subset of the **first image** to the **second image** and **calculates the distance** of at least one object in the scene to apply a Bokeh effect.