# EXHIBIT C



# '708 Claim Chart

## Nokia C210

| | |
|---|---|
| **1. An imaging method for a multi-camera device, comprising:** capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution, capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view, receiving the first image and the second image by at least one processor, the at least one processor configured for: registering a subset of the first image to a subset of the second image, calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device, generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and saving the output image, whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | HMD, its distributors, and/or customers practice the imaging method for a multi-camera device. HMD and/or its distributors (on behalf of HMD) provide the Nokia C210. HMD, its distributors, and/or customers use the Nokia C210. The Nokia C210is a multi-camera device equipped with multiple rear digital cameras.  Imaging  Front camera: 5 MP, FF Rear camera: 13 MP AF + 2 MP Depth **Source:** https://www.hmd.com/en_us/nokia-c-210/specs?sku=101SQ611H010 |

1. An imaging method for a multi-camera device, comprising:

**capturing a first image of a scene with a first camera, the first camera having a first field of view**, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a **first camera** having a **first field of view** for capturing a first image of a scene.



**Source:** https://www.hmd.com/en_us/nokia-c-210/specs?sku=101SQ611H010

1. An imaging method for a multi-camera device, comprising:
**capturing a first image of a scene with a first camera, the first camera having a first field of view**, and the first image having a first image resolution,
capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,
receiving the first image and the second image by at least one processor, the at least one processor configured for:
registering a subset of the first image to a subset of the second image,
calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,
generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and
saving the output image,
whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a **first camera** having a **first field of view** for capturing a first image of a scene. It includes a 2MP Depth camera ("**first camera**") with a diagonal angular field of view of 88 degrees, which yields photos spanning 1,600 × 1,200 pixels.



**Source:** Product Testing (BigKaka (AGC) - Third party application)

1. An imaging method for a multi-camera device, comprising:

**capturing a first image of a scene with a first camera, the first camera having a first field of view**, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The Nokia C210 comprises a **first camera** having a **first field of view for capturing a first image of a scene**. While the phone does not display the first image on the screen, product testing demonstrates that a first image is being captured and being used in conjunction with a second image to create the output Portrait image.

As shown in the slides 15 and 16, *infra*, the first image can be recreated and displayed using the camera FOV, image size, and distance.

**first field of view**

 

Image (captured in Photo mode with Depth camera and by covering the remaining cameras)

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and **the first image having a first image resolution**,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **first camera** captures a first image of a scene which has a **first image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf ; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



*Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.*

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and **the first image having a first image resolution**,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{88°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.93 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{1{,}200^2 + 1{,}600^2}$$

$$\text{pixels}_{\text{diagonal}} = 2{,}000 \text{ pixels}$$

Thus, the **first image resolution** is calculated as follows:

$$\textbf{first image resolution} = \frac{2{,}000 \; pixels}{1.93 \times WD} = 1{,}036 \text{ pixels/working distance}$$

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

**capturing a second image with a second camera, the second camera having a second field of view**, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a **second camera** having a **second field of view** for capturing a second image.



**Source:** https://www.hmd.com/en_us/nokia-c-210/specs?sku=101SQ611H010

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

**capturing a second image with a second camera, the second camera having a second field of view**, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a **second camera** having a **second field of view for capturing a second image**.



**second field of view**



Image (captured with Main camera and by covering the remaining cameras)

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

**capturing a second image with a second camera, the second camera having a second field of view**, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a **second camera** having a **second field of view** for capturing a second image. It includes a 13MP Main camera ("**second camera** ") with a diagonal angular field of view of 81.5 degrees, which yields photos spanning 4,160 × 3,120 pixels.



**Source:** Product Testing (BigKaka (AGC) - Third party application)



**Source:** Screen capture during product testing





1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and **the second image having a second image resolution**, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **second camera** captures a second image which has a **second image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf ; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



*Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.*

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and **the second image having a second image resolution**, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{81.5°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.723 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{3,120 + 4,160^2}$$

$$\text{pixels}_{\text{diagonal}} = 5,200 \text{ pixels}$$

Thus, the **second image resolution** is calculated as follows:

$$\textbf{second image resolution} = \frac{5,200 \; pixels}{1.723 \times WD} = 3,018 \text{ pixels/working distance}$$

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, **wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view**, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Main camera ("**second camera**") of the Nokia C210 captures a **second image** having a resolution of 3,018 pixels/working distance ("**second image resolution**") and the Depth camera ("**first camera**") captures a **first image** having a resolution of 1,036 pixels/working distance ("**first image resolution**"). The working distance to the scene is the same for both images (both cameras are positioned in the same plane), such that the resolution of the second image is higher than the resolution of the first image.

(**3,018 pixels/working distance** vs. **1,036 pixels/working distance**)

The Main camera ("**second camera**") creates a **second image** has the **second field of view** of 81.5 degrees. The Depth camera ("**first camera**") creates a **first image** with the **first field of view** of 88 degrees. Thus, the second field of view (81.5°) is smaller than the first field of view (88°).

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein **the second image corresponding to a subset of the scene that is within the first field of view**,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The **second image** corresponds to a subset of the scene that is within the field of view of the first camera. Since the **second camera** creates a **second image** has a **second field of view of 81.5 degrees**, this is smaller than the **first field of view of 88 degrees** of the Depth camera ("**first camera**"). This necessarily means than the second image is a subset of the scene that is within the field of view of the first camera.

| | |
|---|---|
| 1. An imaging method for a multi-camera device, comprising:<br><br>**capturing a first image of a scene with a first camera, the first camera having a first field of view**, and the first image having a first image resolution,<br><br>capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,<br><br>receiving the first image and the second image by at least one processor, the at least one processor configured for:<br><br>registering a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | After calculating first image resolution and the second image resolution, (**1,036 pixels/working distance** and **3,018 pixels/working distance**, respectively), a first image can be recreated by adjusting the distance to the objects in the scene.<br><br>$$\frac{3{,}018\ pixels/WD}{1{,}036\ pixels/WD} = 2.9$$<br><br>As shown in the calculation above, the second image resolution is 2.9x higher than the first image resolution. Using the second camera to capture a scene at the first image's resolution (based on pixels/working distance), the object in the first image needs to be 2.9x farther away from the camera than the set up for the second image. As demonstrated below, the second camera is moved back from 56.3cm to 163.8cm, or 2.9x the distance.<br><br><br><br>**Second image**<br><br>Image captured with second camera to recreate first image. |

1. An imaging method for a multi-camera device, comprising:

**capturing a first image of a scene with a first camera, the first camera having a first field of view**, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

Zooming in and cropping the image reveals the resolution of the **first image** having a calculated resolution of **1,036 pixels/working distance**.



Image captured with second camera at 2.9x the distance to create first image.

**First image**

| | |
|---|---|
| 1. An imaging method for a multi-camera device, comprising:<br><br>capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,<br><br>capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,<br><br>**receiving the first image and the second image by at least one processor**, the at least one processor configured for:<br><br>registering a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Nokia C210 comprises at least one **processor**, in communication with the first camera and the second camera. It includes a Snapdragon 662 processor.<br><br><br><br># Processor<br><br>Qualcomm® Snapdragon™ 662 mobile platform<br><br>**Source:** https://www.hmd.com/en_us/nokia-c-210/?sku=101SQ611H010<br><br>| **PLATFORM** | OS | Android 13 |<br>| | Chipset | Qualcomm SM6115 Snapdragon 662 (11 nm) |<br><br>**Source:** https://www.gsmarena.com/nokia_c210-12472.php |

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

**receiving the first image and the second image by at least one processor**, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises at least one **processor, in communication with the first camera and the second camera**. The Snapdragon 662 **processor** is in communication with the 2MP Depth camera ("**first camera**") and the 13MP Main camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera module utilizing software code embedded in the processor.

| Camera | |
|---|---|
| | Image Signal Processor (ISP) Name: Qualcomm® Spectra™ 340T |
| | Single Camera (MFNR, ZSL, 30 fps): Up to 25 MP |
| | Single Camera (MFNR): Up to 25 MP |
| | Single Camera: Up to 48 MP |
| | Features: High Efficiency Image File Format (HEIF), High-Efficiency Image Container (HEIC) |
| | Slow Motion Video Capture: Up to 1080p @ 60 fps |
| | Video Capture Formats: H.265 (High Efficiency Video Coding (HEVC)) |

**Source:** https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-6-series-mobile-platforms/snapdragon-662-mobile-platform



**Source:** https://youtu.be/5ZgYI3MNO8I?si=KqIi5_NiiLq8uWDq&t=57

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

**receiving the first image and the second image by at least one processor, the at least one processor configured for:**

**registering a subset of the first image to a subset of the second image,**

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a processor configured for receiving the first image and the second image. The Snapdragon 662 **processor** receives the **first image** and the **second image**. In Portrait Mode, the Snapdragon 662 **processor** necessarily registers at least a subset of the **first image** to a subset of the **second image** that overlaps in a common portion of the viewed scene in order to generate depth information based on the parallax shift associated with similar features found in both images. The Nokia C210 captures an image which is used to modify the output image in portrait mode as shown in later slides. As shown below in the **output image**, Portrait mode contains an area in focus, surrounded by an area that appears blurry or out of focus. When the view of the first camera is physically blocked, as shown below in the **second image**, the surrounding area no longer appears blurry or out of focus. This effect necessarily includes capturing a first scene, even the Nokia C210 does not display the first image as discussed *supra*.



Image captured with Depth camera and Main camera



Image captured with Main camera and by covering the remaining cameras

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor,

**the at least one processor configured for:**

registering a subset of the first image to a subset of the second image,

**calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,**

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

The Nokia C210 comprises a processor configured for calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the Nokia C210. The Snapdragon 662 **processor** **calculates the distance** of at least one object in the scene from the Nokia C210, based on at least one of the **first image** and the **second image.**

**Multiple cameras:** Modern smartphones can have more than a single front- and rear-facing camera. For example, having multiple rear-facing cameras or camera arrays allows for taking multiple pictures at the same time with different settings, and brings many advanced features into play, such as fast auto-focus, optical zoom-like capabilities, depth mapping and low-light photography. The use of multiple front-facing cameras also enables new user experiences, such as more natural interaction through gesture recognition.

Calculating the distance of various points in the scene relative to the position of the camera is one of the important tasks of CV. Depth information can be used for fast focus, object segmentation, refocus, and distance measurement. Acquiring multiple images at different focal points is required to extract depth information. Although a single camera can generate multiple images at different focal points sequentially, a dual-camera can take two images at different focal points simultaneously to eliminate time-based movement in the scene.

**Source:** https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/breakthrough_mobile_imaging_experiences_-_web_.pdf

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor,

**the at least one processor configured for:**

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

**generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera**, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

As noted earlier, the Main camera ("**second camera**") has a diagonal angular field of view of 81.5 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 88 degrees ("**first field of view**") of the Depth camera ("**first camera**"), such that the larger field of view of the first camera necessarily includes a portion of the smaller field of view of the second camera.

The Nokia C210 comprises a **processor** configured for generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an **output image** corresponding to a portion of the scene that is within the field of view of the first camera. Product testing confirms that the **output image** corresponds to a portion of the scene that is within field of view of the **first camera**.

 

| Image (captured with Main camera and by covering the Depth camera) | Portrait Mode Image (captured from Depth camera and Main camera) |

| | |
|---|---|
| 1. An imaging method for a multi-camera device, comprising:<br>capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,<br>capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,<br>receiving the first image and the second image by at least one processor, the at least one processor configured for:<br>registering a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, **wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object**, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | Product testing confirms that the output image has at least two image regions, an inner image region and an outer image region, with the inner image region surrounded at least partially by the outer image region.<br><br><br><br>Portrait Mode Image (captured from Depth camera and Main camera) |

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, **wherein the image resolution of the inner image region is higher than the image resolution of the first image** and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image's** inner image region has a higher image resolution than the image resolution of the of the **first image.** Here, the Nokia C210 first camera captures a first image which is used to modify the **output image** in portrait mode. A visual comparison shows the output image's inner image region having a higher resolution than the recreated **first image**.



Recreated **First Image** (cropped to exhibit image resolution)



Portrait Mode Image cropped (captured from Depth camera and Main camera)

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor, the at least one processor configured for:

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and **the image resolution of the outer image region is lower than the image resolution of the first image**, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image's** outer image region has a lower image resolution than the image resolution of the of the **first image**. A visual comparison of the **output image's** outer image region to the recreated **first image** shows the **output image's** outer image region has a much lower resolution than the recreated **first image**.



Recreated **First Image** (cropped)



Portrait Mode Image (captured from Depth camera and Main camera)

| | |
|---|---|
| 1. An imaging method for a multi-camera device, comprising: | The Nokia C210 comprises a processor configured for **saving** the **output image**. The **output image** is **saved** to internal storage. |

1. An imaging method for a multi-camera device, comprising:

capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,

capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,

receiving the first image and the second image by at least one processor,

**the at least one processor configured for:**

registering a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,

generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

**saving the output image,**

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a processor configured for **saving** the **output image**. The **output image** is **saved** to internal storage.

Details

○ HMD Global Nokia C210
ƒ/2.2 • 1/30 • 3.38mm • ISO200

▢ IMG_20250219_130040.jpg
8.0MP • 2448 x 3264

▢ On device (6.0 MB)
/storage/emulated/0/DCIM/Camera



**Source:** Screen capture during product testing

| | |
|---|---|
| 1. An imaging method for a multi-camera device, comprising:<br><br>capturing a first image of a scene with a first camera, the first camera having a first field of view, and the first image having a first image resolution,<br><br>capturing a second image with a second camera, the second camera having a second field of view, and the second image having a second image resolution, wherein the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the first field of view,<br><br>receiving the first image and the second image by at least one processor,<br><br>**the at least one processor configured for:**<br><br>registering a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the multi-camera device,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the multi-camera device and at least one of the received images, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the outer image region surrounding at least partially the inner image region, and at least a subset of the inner image region includes a portion of the at least one object, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>**whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.** | Product testing confirms that the Nokia C210 comprises a processor configured for saving the output image, whereby the ==inner image region== of the **output image** appears to a human eye as sharp and clear and the ==outer image region== of the output image appears to the human eye as relatively blurry.<br><br> <br><br><br><br>Portrait Mode Image (captured from Depth camera and Main camera)   Portrait Mode Image (captured from Depth camera and Main camera) |

| | |
|---|---|
| 2. The imaging method of claim 1 further including reducing the resolution of at least a subset of one of the received images via an image processing technique. | The Nokia C210 comprises a **processor** configured for generating, based at least upon the calculated distance of the at least one object in the scene from the Nokia C210 and at least **one of the received images**, an **output image**, wherein the resolution of at least **a subset** of **one of the received images** is reduced via an image processing technique. |







Image captured with Main camera and by covering the remaining cameras

Image captured with Depth camera and Main camera

4. The imaging method of claim 1 wherein the image resolution of the inner image region of the output image is the same as the second image resolution.

The Nokia C210 comprises a **processor** configured for generating an **output image**, wherein the image resolution of the **inner image region** of the **output image** is the same as the **second image resolution** of the **second image** captured by the **second camera**.



Image (captured with Main camera and by covering the Depth camera)



Portrait Mode Image (captured from Depth camera and Main camera)

| | |
|---|---|
| 5. The imaging method of claim 1 wherein the output image corresponding to the subset of the scene that is within the second field of view. | The Nokia C210 comprises a **processor** configured for generating an **output image**, wherein the image resolution of the **inner image region** of the **output image** is the same as the **second image resolution** of the **second image** captured by the **second camera**. |

**second field of view**

 

Image (captured with Main camera and by covering the Depth camera)

Portrait Mode Image (captured from Depth camera and Main camera)

7. The imaging method of claim 1 further including capturing the location information of the multi-camera device via a GPS.

The Nokia C210 further includes a **GPS** for receiving the location of the imaging apparatus and communicating the location information to the at least one processor.



Source: https://www.hmd.com/en_us/nokia-c-210/specs?sku=101SQ611H010





**Source:** Product Testing

| | |
|---|---|
| **8. An imaging apparatus comprising:** | The Nokia C210 is an imaging apparatus. It is equipped with multiple rear digital cameras. |
| a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution, | |
| a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera, |  |
| at least one processor, in communication with the first camera and the second camera, the at least one processor configured for: | |
| receiving the first image and the second image, | |
| registering at least a subset of the first image to a subset of the second image, | |
| calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus, | |
| generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and | |
| saving the output image, | |
| whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | **Source:** https://www.hmd.com/en_us/nokia-c-210/specs?sku=101SQ611H010 |

Imaging

Front camera: 5 MP, FF

Rear camera: 13 MP AF + 2 MP Depth

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Nokia C210 comprises a **first camera** having a **first field of view** for capturing a first image of a scene.<br><br><br><br>**Source:** https://www.hmd.com/en_us/nokia-c-210/specs?sku=101SQ611H010 |

| | |
|---|---|
| 8. An imaging apparatus comprising:<br>**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,<br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br>receiving the first image and the second image,<br>registering at least a subset of the first image to a subset of the second image,<br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br>saving the output image,<br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Nokia C210 comprises a **first camera** having a **first field of view** for capturing a first image of a scene. It includes a 2MP Depth camera ("**first camera**") with a diagonal angular field of view of 88 degrees, which yields photos spanning 1,600 × 1,200 pixels.<br><br><br><br>**Source:** Product Testing (BigKaka (AGC) - Third party application) |

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Nokia C210 comprises a **first camera** having a **first field of view for capturing a first image of a scene**. While the phone does not display the first image on the screen, product testing demonstrates that a first image is being captured and being used in conjunction with a second image to create the output Portrait image.<br><br>As shown in the slides 43 and 44, *infra*, the first image can be recreated and displayed using the camera FOV, image size, and distance.<br><br>**first field of view**<br><br> <br><br>Image (captured in Photo mode with Depth camera and by covering the remaining cameras) |

8. An imaging apparatus comprising:
a first camera having a first field of view for capturing a first image of a scene, **wherein the first image having a first image resolution,**
a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,
at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:
receiving the first image and the second image,
registering at least a subset of the first image to a subset of the second image,
calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,
generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and
saving the output image,
whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **first camera** captures a first image of a scene which has a **first image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf ; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



*Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.*

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, **wherein the first image having a first image resolution,**

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{88°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.93 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{1,200^2 + 1,600^2}$$

$$\text{pixels}_{\text{diagonal}} = 2,000 \text{ pixels}$$

Thus, the **first image resolution** is calculated as follows:

$$\textbf{first image resolution} = \frac{2,000 \ pixels}{1.93 \times WD} = 1,036 \text{ pixels/working distance}$$

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a **second camera** having a **second field of view** for capturing a second image.



**Source:** https://www.hmd.com/en_us/nokia-c-210/specs?sku=101SQ611H010

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a **second camera** having a **second field of view** for capturing a second image. It includes a 13MP Main camera ("**second camera**") with a diagonal angular field of view of 81.5 degrees, which yields photos spanning 4,160 × 3,120 pixels.



**Source:** Product Testing (BigKaka (AGC) - Third party application)



**Source:** Screen capture during product testing





8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

**a second camera having a second field of view for capturing a second image,** wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a **second camera** having a **second field of view for capturing a second image**.



**second field of view**



Image (captured with Main camera and by covering the remaining cameras)

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, **wherein the second image having a second image resolution** and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **second camera** captures a second image which has a **second image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf ; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



*Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.*

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, **wherein the second image having a second image resolution** and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{81.5°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.723 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{3,120 + 4,160^2}$$

$$\text{pixels}_{\text{diagonal}} = 5,200 \text{ pixels}$$

Thus, the **second image resolution** is calculated as follows:

$$\textbf{second image resolution} = \frac{5,200\ pixels}{1.723 \times WD} = 3,018 \text{ pixels/working distance}$$

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and **the second image resolution is higher than the first image resolution** and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Main camera ("**second camera**") of the Nokia C210 captures a **second image** having a resolution of 3,018 pixels/working distance ("**second image resolution**") and the Depth camera ("**first camera**") captures a **first image** having a resolution of 1,036 pixels/working distance ("**first image resolution**"). The working distance to the scene is the same for both images (both cameras are positioned in the same plane), such that the resolution of the second image is higher than the resolution of the first image.<br><br>(**3,018 pixels/working distance** vs. **1,036 pixels/working distance**) |

8. An imaging apparatus comprising:

**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

After calculating first image resolution and the second image resolution, (**1,036 pixels/working distance** and **3,018 pixels/working distance**, respectively), a first image can be recreated by adjusting the distance to the objects in the scene.

$$\frac{3{,}018\ pixels/WD}{1{,}036\ pixels/WD} = 2.9$$

As shown in the calculation above, the second image resolution is 2.9x higher than the first image resolution. Using the second camera to capture a scene at the first image's resolution (based on pixels/working distance), the object in the first image needs to be 2.9x farther away from the camera than the set up for the second image. As demonstrated below, the second camera is moved back from 56.3cm to 163.8cm, or 2.9x the distance.



**Second image**

Image captured with second camera to recreate first image.

8. An imaging apparatus comprising:

**a first camera having a first field of view for capturing a first image of a scene**, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Zooming in and cropping the image reveals the resolution of the **first image** having a calculated resolution of **1,036 pixels/working distance**.



Image captured with second camera at 2.9x the distance to create first image.

**First image**

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and **the second field of view is smaller than the first field of view,** and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Main camera ("**second camera**") has a diagonal angular field of view of 81.5 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 88 degrees ("**first field of view**") of the Depth camera ("**first camera**").



**Source:** Product Testing (BigKaka (AGC) - Third party application)



**Source:** Screen capture during product testing

| | |
|---|---|
| 8. An imaging apparatus comprising: | The **second image** corresponds to a subset of the scene that is within the field of view of the first camera.  Since the **second camera** creates a **second image** has a **second field of view of 81.5 degrees**, this is smaller than the **first field of view of 88 degrees** of the Depth camera ("**first camera**").  This necessarily means than the second image is a subset of the scene that is within the field of view of the first camera. |

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, **and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,**

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The **second image** corresponds to a subset of the scene that is within the field of view of the first camera.  Since the **second camera** creates a **second image** has a **second field of view of 81.5 degrees**, this is smaller than the **first field of view of 88 degrees** of the Depth camera ("**first camera**").  This necessarily means than the second image is a subset of the scene that is within the field of view of the first camera.

Case 2:26-cv-00422   Document 1-3   Filed 05/21/26   Page 48 of 67 PageID #: 208

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>**at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for:<br><br>receiving the first image and the second image,<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Nokia C210 comprises at least one **processor**, in communication with the first camera and the second camera. It includes a Snapdragon 662 processor.<br><br><br><br># Processor<br><br>Qualcomm® Snapdragon™ 662 mobile platform<br><br>**Source:** https://www.hmd.com/en_us/nokia-c-210/?sku=101SQ611H010<br><br>| PLATFORM | OS | Android 13 |<br>| | Chipset | Qualcomm SM6115 Snapdragon 662 (11 nm) |<br><br>**Source:** https://www.gsmarena.com/nokia_c210-12472.php |

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

**at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises at least one **processor, in communication with the first camera and the second camera**. The Snapdragon 662 **processor** is in communication with the 2MP Depth camera ("**first camera**") and the 13MP Main camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera module utilizing software code embedded in the processor.

| Camera | |
|---|---|
| | **Image Signal Processor (ISP) Name:** Qualcomm® Spectra™ 340T |
| | **Single Camera (MFNR, ZSL, 30 fps):** Up to 25 MP |
| | **Single Camera (MFNR):** Up to 25 MP |
| | **Single Camera:** Up to 48 MP |
| | **Features:** High Efficiency Image File Format (HEIF), High-Efficiency Image Container (HEIC) |
| | **Slow Motion Video Capture:** Up to 1080p @ 60 fps |
| | **Video Capture Formats:** H.265 (High Efficiency Video Coding (HEVC)) |

**Source:** https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-6-series-mobile-platforms/snapdragon-662-mobile-platform



**Source:** https://youtu.be/5ZgYI3MNO8I?si=KqIi5_NiiLq8uWDq&t=57

Case 2:26-cv-00422    Document 1-3    Filed 05/21/26    Page 50 of 67 PageID #: 210

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for:**<br><br>**receiving the first image and the second image,**<br><br>registering at least a subset of the first image to a subset of the second image,<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Nokia C210 comprises a processor configured for receiving the first image and the second image. The Snapdragon 662 **processor** receives the **first image** and the **second image**. In Portrait Mode, the Snapdragon 662 **processor** necessarily registers at least a subset of the **first image** to a subset of the **second image** that overlaps in a common portion of the viewed scene in order to generate depth information based on the parallax shift associated with similar features found in both images. The Nokia C210 captures an image which is used to modify the output image in portrait mode as shown in later slides. As shown below in the **output image**, Portrait mode contains an area in focus, surrounded by an area that appears blurry or out of focus. When the view of the first camera is physically blocked, as shown below in the **second image**, the surrounding area no longer appears blurry or out of focus. This effect necessarily includes capturing a first scene, even the Nokia C210 does not display the first image as discussed *supra*.<br><br> <br><br>Image captured with Depth camera and Main camera     Image captured with Main camera and by covering the remaining cameras |

Case 2:26-cv-00422    Document 1-3    Filed 05/21/26    Page 51 of 67 PageID #: 211

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for:**

**receiving the first image and the second image,**

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

---

Product testing confirms that the Nokia C210 uses two cameras to add a blur effect to an **output image** when operated in Portrait mode.

 

Portrait Mode Image (captured from Main camera only with other cameras blocked)

Portrait Mode Image (captured from Main camera and Depth camera)

The output image at the right exhibits the blurred background Bokeh effect. This effect is not achieved when only the Main camera or only the Depth camera is used. This confirms that the processor of the Nokia C210 receives images from **both** cameras in order to generate an output portrait image with Bokeh effect.

| | |
|---|---|
| 8. An imaging apparatus comprising:<br><br>a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,<br><br>a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,<br><br>at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for:**<br><br>receiving the first image and the second image,<br><br>**registering at least a subset of the first image to a subset of the second image,**<br><br>calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,<br><br>generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and<br><br>saving the output image,<br><br>whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Nokia C210 comprises a processor configured for registering at least a subset of the first image to a subset of the second image. In Portrait Mode, the Snapdragon 662 processor necessarily registers at least a subset of the first image to a subset of the second image that overlaps in a common portion of the viewed scene in order to generate depth information based on the parallax shift associated with similar features found in both images. |

| U.S. Pat. No. 10,687,708 B1 | Accused Apparatus |
|---|---|
| 8. An imaging apparatus comprising: a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution, a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera, at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**: receiving the first image and the second image, registering at least a subset of the first image to a subset of the second image, **calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,** generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and saving the output image, whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry. | The Nokia C210 comprises a processor configured for calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the Nokia C210. The Snapdragon 662 **processor calculates the distance** of at least one object in the scene from the Nokia C210, based on at least one of the **first image** and the **second image.**<br><br>**Multiple cameras:** Modern smartphones can have more than a single front- and rear-facing camera. For example, having multiple rear-facing cameras or camera arrays allows for taking multiple pictures at the same time with different settings, and brings many advanced features into play, such as fast auto-focus, optical zoom-like capabilities, depth mapping and low-light photography. The use of multiple front-facing cameras also enables new user experiences, such as more natural interaction through gesture recognition.<br><br>Calculating the distance of various points in the scene relative to the position of the camera is one of the important tasks of CV. Depth information can be used for fast focus, object segmentation, refocus, and distance measurement. Acquiring multiple images at different focal points is required to extract depth information. Although a single camera can generate multiple images at different focal points sequentially, a dual-camera can take two images at different focal points simultaneously to eliminate time-based movement in the scene.<br><br>**Source:** https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/breakthrough_mobile_imaging_experiences_-_web_.pdf |

Case 2:26-cv-00422    Document 1-3    Filed 05/21/26    Page 54 of 67 PageID #: 214

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

**generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera,** wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

As noted earlier, the Main camera ("**second camera**") has a diagonal angular field of view of 81.5 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 88 degrees ("**first field of view**") of the Depth camera ("**first camera**"), such that the larger field of view of the first camera necessarily includes a portion of the smaller field of view of the second camera.

The Nokia C210 comprises a **processor** configured for generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an **output image** corresponding to a portion of the scene that is within the field of view of the first camera. Product testing confirms that the **output image** corresponds to a portion of the scene that is within field of view of the **first camera**.

 

Image (captured with Main camera and by covering the Depth camera)

Portrait Mode Image (captured from Depth camera and Main camera)

Case 2:26-cv-00422    Document 1-3    Filed 05/21/26    Page 55 of 67 PageID #: 215

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, **wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region,** wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image** has at least two image regions, an ==**inner image region**== and an ==**outer image region**==, with the inner image region surrounded at least partially by the outer image region.



Portrait Mode Image (captured from Depth camera and Main camera)

Case 2:26-cv-00422     Document 1-3     Filed 05/21/26     Page 56 of 67 PageID #: 216

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, **wherein the image resolution of the inner image region is higher than the image resolution of the first image** and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image's** inner image region has a higher image resolution than the image resolution of the of the **first image.** Here, the Nokia C210 first camera captures a first image which is used to modify the **output image** in portrait mode. A visual comparison shows the output image's inner image region having a higher resolution than the recreated **first image**.



**First Image** (cropped to exhibit image resolution)



Portrait Mode Image cropped (captured from Depth camera and Main camera)

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, the at least one processor configured for:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and **the image resolution of the outer image region is lower than the image resolution of the first image,** and

saving the output image,

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

Product testing confirms that the **output image's** <mark>outer image region</mark> has a lower image resolution than the image resolution of the of the **first image**. A visual comparison of the **output image's** outer image region to the recreated **first image** shows the **output image's** <mark>outer image region</mark> has a much lower resolution than the recreated **first image**.




**First Image** (cropped)

Portrait Mode Image (captured from Depth camera and Main camera)

Case 2:26-cv-00422     Document 1-3     Filed 05/21/26     Page 58 of 67 PageID #: 218     Accused Apparatus

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera**, the at least one processor configured for**:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

**saving the output image,**

whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.

The Nokia C210 comprises a processor configured for **saving** the **output image**. The **output image** is **saved** to internal storage.

**Source:** Screen capture during product testing

8. An imaging apparatus comprising:

a first camera having a first field of view for capturing a first image of a scene, wherein the first image having a first image resolution,

a second camera having a second field of view for capturing a second image, wherein the second image having a second image resolution and the second image resolution is higher than the first image resolution and the second field of view is smaller than the first field of view, and wherein the second image corresponding to a subset of the scene that is within the field of view of the first camera,

at least one processor, in communication with the first camera and the second camera, **the at least one processor configured for**:

receiving the first image and the second image,

registering at least a subset of the first image to a subset of the second image,

calculating, based on at least one of the first image and the second image, the distance of at least one object in the scene from the imaging apparatus,

generating, based at least upon the calculated distance of the at least one object in the scene from the imaging apparatus, an output image corresponding to a portion of the scene that is within the field of view of the first camera, wherein the output image having at least two image regions, an inner image region and an outer image region, the inner image region surrounded at least partially by the outer image region, wherein the image resolution of the inner image region is higher than the image resolution of the first image and the image resolution of the outer image region is lower than the image resolution of the first image, and

saving the output image,

**whereby the inner image region of the output image appears to a human eye as sharp and clear and the outer image region of the output image appears to the human eye as relatively blurry.**

Product testing confirms that the Nokia C210 comprises a processor configured for saving the output image, whereby the <mark>inner image region</mark> of the **output image** appears to a human eye as sharp and clear and the <mark>outer image region</mark> of the output image appears to the human eye as relatively blurry.



Portrait Mode Image (captured from Depth camera and Main camera)



Portrait Mode Image (captured from Depth camera and Main camera)

| | |
|---|---|
| 11. The imaging apparatus of claim 8 wherein the second camera has a color filter array to generate color images. | The Nokia C210 includes a 13MP Main camera ("**second camera**"), which has a **color filter array** to generate **color images**.<br><br><br><br>**Source:** Product Testing (Device Info HW)<br><br> |

13. The imaging apparatus of claim 8 wherein the at least one processor is further configured for reducing the image resolution of at least a portion of one of the received images.

The Nokia C210's processor is further configured for reducing the image resolution of at least **a portion of** one of the received images. A **portion** of the output image generated by the processor has a lower image resolution than the corresponding portion of the second image, which was received by the processor.



Photo Mode (1x) Image (captured with Main camera and by covering the remaining cameras)

Portrait Mode Image (captured from Depth camera and Main camera)

14. The imaging apparatus of claim 8 further including a GPS for receiving the location of the imaging apparatus and communicating the location information to the at least one processor.

The Nokia C210 further includes a **GPS** for receiving the location of the imaging apparatus and communicating the location information to the at least one processor.



**Connectivity**

**Bluetooth®:** 5.0
**Headphone jack:** 3.5 mm
**Location:** GPS, AGPS
**USB connection:** USB Type -C (USB 2.0) OTG
**WiFi:** 802.11 b/g/n/ac

**Source:** https://www.hmd.com/en_us/nokia-c-210/specs?sku=101SQ611H010





**Source:** Product Testing

| | |
|---|---|
| 16. The imaging apparatus of claim 8 wherein the at least one processor further configured for initiating an image projection procedure. | The Nokia C210's processor is further configured for **initiating an image projection procedure**. In Portrait Mode, the Snapdragon 662 processor necessarily **initiates an image projection procedure** to make the first image and the second image into the same Cartesian coordinate for registering at least a subset of the first image to a subset of the second image. |

| | |
|---|---|
| 17. The imaging apparatus of claim 8 further including at least one accelerometer to monitor a movement of at least one of the cameras. | The Nokia C210 further includes an **accelerometer** to monitor a movement of at least one of the cameras.<br><br><br><br>**Source:** https://www.gsmchoice.com/en/catalogue/nokia/c210/#sensors__panel |

18. The imaging apparatus of claim 8 further including at least one microphone for converting an audio signal into an electrical signal.

The Nokia C210 further includes a **microphone** for converting an audio signal into an electrical signal.

**Your phone**



This user guide applies to the following model: TA-1584.

1. Microphone
2. Loudspeaker
3. Flash
4. Camera
5. SIM and memory card slot
6. Front camera

7. Microphone
8. Headset connector
9. Earpiece
10. Volume keys
11. Power/Lock key
12. USB connector

**Source:** https://www.hmd.com/en_us/support/api/pdf/nokia-c210-user-guide, (Page -6)

19. The imaging apparatus of claim 8 further including at least one speaker for converting an electrical signal into an audio signal.

The Nokia C210 further includes a **speaker** for converting an electrical signal into an audio signal.



Source:  https://youtu.be/x-DexixUmrk?si=w3Avsg3lMRIF7W1t&t=56

19. The imaging apparatus of claim 8 further including at least one speaker for converting an electrical signal into an audio signal.

The Nokia C210 further includes a **speaker** for converting an electrical signal into an audio signal.

**Your phone**



This user guide applies to the following model: TA-1584.

1. Microphone
2. Loudspeaker
3. Flash
4. Camera
5. SIM and memory card slot
6. Front camera

7. Microphone
8. Headset connector
9. Earpiece
10. Volume keys
11. Power/Lock key
12. USB connector

**Source:** https://www.hmd.com/en_us/support/api/pdf/nokia-c210-user-guide, (Page -6)