EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OPTICS INNOVATION LLC
Plaintiff

v. Civ. No. 2:26-cv-00422-JRG

HMD GLOBAL et al.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Defendants HMD Global and HMD Global OY

Date Party's answer was originally due: 10/30/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 12/14/2026

Date: 10/26/2026

/s/ William E. Davis, III
Full Name: William E. Davis , III
State Bar No.: Texas State Bar No. 24047416
Address: 213 N. Fredonia Street, Suite 230
Longview, Texas 75601

Phone: (903) 230-9090
Fax: (903) 230-9661
Email: bdavis@davisfirm.com

**Please note:**

- A Certificate of Conference is not required.
- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).
- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).
- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026 a true and correct copy of the foregoing was duly served via EMAIL on counsel.

Matthew J. Moffa
matt.moffa@ashurstperkins.com

/s/ William E. Davis, III
William E. Davis, III